[No. 42377-1-I.    Division One.    May 24, 1999.]

JOHN CASTLE, ET AL., *Appellants*, v. HARRY B. FAY, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-14683-8, Jim Bates, J., entered February
25, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42494-7-I.    Division One.    May 24, 1999.]

STANLEY J. POYSER, ET AL., *Respondents*, v. MEL B.
HOELZLE, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-2-09216-7, George N. Bowden, J.,
entered March 9, 1998. *Affirmed in part* and *reversed in
part* by unpublished opinion per Coleman, J., concurred in
by Kennedy, C.J., and Grosse, J.

[No. 42518-8-I.    Division One.    May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LOUIS
MULL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-05839-4, John M. Darrah, J., entered April
15, 1999. *Affirmed in part* and *remanded* by unpublished
per curiam opinion.

[No. 42878-1-I.    Division One.    May 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD L.
MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-02821-8, Richard M. Ishikawa, J., entered
June 8, 1998. *Remanded* by unpublished opinion per
Kennedy, C.J., concurred in by Ellington and Appelwick, JJ.